UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SULAIMAN AAMIR,

                         Petitioner/Plaintiff,

   -against-

ANDREA QUARANTILLO, USCIS District
Director, USCIS Director,
USCIS Director,
DHS Secretary,
Office of the General Counsel,

                         Respondents/Defendants.
-----------------------------------------------------------X

JUDGMENT
08-CV- 0857 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 29 2008 ★

An Order of Honorable John Gleeson, United States District Judge, having been been filed on April 25, 2008, dismissing the case as moot in light of the government's letter dated March 27, 2008; it is

ORDERED and ADJUDGED that the case is dismissed as moot in light of the government's letter dated March 27, 2008.

Dated: Brooklyn, New York
       April 28, 2008

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court